[896 NE2d 75, 866 NYS2d 592]

ANTHONY QUATTROCCHI, Respondent, v F.J. SCIAME CONSTRUCTION CORP., Respondent. F.J. SCIAME CONSTRUCTION CO., INC., Sued Herein as F.J. SCIAME CONSTRUCTION CORP., Third-Party Plaintiff-Respondent, v COMPLETE CONSTRUCTION CONSORTIUM, INC., Third-Party Defendant-Respondent, and UNITED AIRCONDITIONING CORP., Third-Party Defendant-Appellant.

Decided September 9, 2008

758

**APPEARANCES OF COUNSEL**

*Smith Mazure Director Wilkins Young & Yagerman, P.C.,* New York City (*Joel M. Simon* of counsel), for third-party appellant.

*Sacks and Sacks LLP,* New York City (*Scott N. Singer* of counsel), for respondent.

*Quirk and Bakalor, P.C.,* New York City (*Dara L. Rosenbaum*), for Complete Construction Consortium, Inc., third-party respondent.

*Nicoletti Hornig & Sweeney,* New York City (*Barbara A. Sheehan* of counsel), for F.J. Sciame Construction Co., Inc., for third-party respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The Appellate Division order should be affirmed, with costs, and the certified question answered in the affirmative.

As our holding in *Outar v City of New York* indicates, "falling object" liability under Labor Law § 240 (1) is not limited to

cases in which the falling object is in the process of being hoisted or secured (5 NY3d 731 [2005], *affg* 11 AD3d 593 [2d Dept 2004]). In this case, plaintiff alleges that he was struck by falling planks that had been placed over open doors as a makeshift shelf to facilitate the installation of an air conditioner above a doorway. We agree with the Appellate Division majority that triable questions of fact preclude summary judgment on plaintiff's Labor Law § 240 (1) claim, including whether the planks were adequately secured in light of the purposes of the plank assembly and whether plaintiff caused the accident by jostling the doors after disregarding a warning not to enter the doorway area. Accordingly, the Appellate Division properly modified Supreme Court's order to the extent of denying partial summary judgment on plaintiff's Labor Law § 240 (1) claim.

Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, etc.